JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DIEP DO, an individual;<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JAGUAR LAND ROVER NORTH AMERICA, LLC; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | CASE NO: 2:19-cv-07872 AB (PLAx)<br><br>ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE PURSUANT TO FRCP 41(a)(2) WITH COURT TO RETAIN JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT |

Pursuant to the Stipulation between the Parties filed concurrently herewith, and good cause being shown, it is hereby ordered that this action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(2), subject to the Court's retention of jurisdiction to enforce the settlement agreement executed between the Parties.

IT IS SO ORDERED.

DATED: 10/7/2020

_____
Hon. André Birotte Jr.
US DISTRICT COURT JUDGE